FILED BY _____ CG _____ D.C.

Nov 24, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __21-MJ-04265-LOUIS__

IN RE SEALED
CRIMINAL COMPLAINT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the criminal complaint, affidavit, arrest warrant, bond recommendation form, this motion, and any resulting order be SEALED until the arrest of the defendant or until further order of this court for the reason that the named defendant may flee and the integrity of the ongoing investigation might be compromised should knowledge of this criminal complaint become public, with the exception that the complaint, complaint affidavit, and arrest warrant are unsealed for the limited purpose of disclosing the existence of or disseminating the complaint, affidavit, and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *Walter M. Norkin*
WALTER M. NORKIN
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502189
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9409
E-mail: walter.norkin@usdoj.gov