UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-04265-LOUIS

IN RE SEALED
CRIMINAL COMPLAINT
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the criminal complaint, arrest warrant, and this order and the Court finding good cause:

**IT IS HEREBY ORDERED** that the criminal complaint, affidavit, arrest warrant, bond recommendation form, the government's motion to seal, and this order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, with the exception that the complaint, complaint affidavit, and arrest warrant are unsealed for the limited purpose of disclosing the existence of or disseminating the complaint, affidavit, and/or arrest warrant to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion, or as otherwise required for purposes of national security.

**DONE AND ORDERED** in chambers at Miami, Florida, this __24__ day of November, 2021.

_____
HON. LAUREN F. LOUIS
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA