# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

King Building Courthouse - 11TH Floor     Date: 1/4/2022     Time: 2:00 p.m.

Defendant: MARIO PALACIOS PALACIOS     J#: 80505-509     Case #: 21-MJ-4265-LOUIS (SEALED)

AUSA: Walter Norkin     Attorney: _____

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT RESULTING IN DEATH/CONSPIRACY TO KILL OR KIDNAP OUTSIDE THE U.S.

Surr/Arrest Date: 1/4/2022     YOB: 1978

Proceeding: Initial Appearance     CJA Appt: Alfredo Izaguirre

Bond/PTD Held: ○ Yes ✓ No     Recommended Bond: PTD

Bond Set at: STD PTD     Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: Spanish

Disposition:
Brady Warning
Rights
Sworn
Indigent
CJA csl appt
Case unsealed
Press Admonition
Deft waived preliminary/arraignment to 1/31/22

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: 1/31/22  10:00 a.m.  Duty  Miami
Status Conference RE: _____
D.A.R. 14:03:32, 14:21:31     Time in Court: 15 min.

s/Alicia M. Otazo-Reyes     Magistrate Judge