UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-mj-04265

UNITED STATES OF AMERICA,

vs.

MARIO PALACIOS PALACIOS.
_____/

**SECOND JOINT MOTION TO CONTINUE ARRAIGNMENT**

COMES NOW the Defendant, Mario Palacios Palacios (hereafter "Palacios"), moves this Honorable Court for the entry of an Order Continuing the Arraignment date of February 4, 2022. In support, thereof Palacios would show:

1. Palacios has been charged by complaint with Conspiracy to Provide Material Support Resulting in Death in violation of Title 18 U.S.C. § 2339A and Conspiracy to Kill or Kidnap outside the United States in violation of 18 U.S.C. § 956(a)(1).

2. Undersigned was appointed under the Criminal Justice Act to represent Palacios on January 4, 2022 at his initial appearance.

3. At his initial appearance, Palacios agreed to have his arraignment set for January 31, 2022.

4. A previous motion to continue was filed and the arraignment date was set for February 4, 2022.

5. When Palacios was arrested, he was housed in the Federal Detention Center in Miami, Florida and was placed in quarantine due to the Detention Center's policy of isolation due to the COVID-19 pandemic.

6. Currently the Federal Bureau of Prisons is under a nationwide lockdown due to a violent gang incident.

8.  Due to both the COVID-19 isolation and the Detention Center's lockdown undersigned still has been unable to have an in-person meeting with Palacios to discuss the case.

9.  Undersigned would require 30 additional days to be able to personally meet with Palacios and discuss the case prior to the arraignment.

WHEREFORE, Palacios would request this Honorable Court for a continuance of the February 4, 2022 arraignment date.

Respectfully submitted,

/s/Alfredo A. Izaguirre
Alfredo A. Izaguirre, Esq.
338 Minorca Ave.
Coral Gables, FL 33134
Tel:(305)442-0425
Fax:(305)442-0429
Email:alfredo@izaguirrelaw.com
FL Bar# 13556

## CERTIFICATE OF CONSULTATION

Undersigned has discussed the following motion with AUSA Walter Norkin on February 2, 2022 who has no objection to the relief sought in this motion.

/s/Alfredo A. Izaguirre
Alfredo A. Izaguirre, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all parties.

/s/Alfredo A. Izaguirre
Alfredo A. Izaguirre, Esq.