# COURT MINUTES

Page 2

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**          Date: 2/4/22          Time: 10:00 a.m.

Defendant: Mario Palacios Palacios          J#: 80505-509   Case #: 21-4265-MJ-LOUIS

AUSA: Andrea Goldbarg          Attorney: Alfredo Izaguirre, CJA ✓

Violation: Conspiracy to Provide Material Support Resulting in Death; Conspiracy to Kill or Kidnap Outside the United States

Proceeding: Preliminary/Arraignment          CJA Appt: _____

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond: _____

Bond Set at: Pretrial Detention          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: Spanish ✓

Disposition:
- Deft filed m/cont arraignment
- Court grants cont to 3/4/2022
- Deft executes waiver of preliminary exam and Court grants

✱ Time from today to 3/4/22 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:          Time:          Judge:          Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

(Prelim/Arraign) or Removal:   3-4      10am      Duty      MIA

Status Conference RE: _____

D.A.R. 10:03:27          Time in Court: 6 mins