# COURT MINUTES

## Magistrate Judge Lauren F. Louis

| Atkins Building Courthouse - 11th Floor | Date: 3/4/22 | Time: 10:00 a.m. |
|---|---|---|

Defendant: Mario Palacios-Palacios(J)   J#: 80505-509   Case #: 21-4265-LOUIS

AUSA: Walter Norkin   Attorney: ALFREDO IZAGUIRRE (CJA)

Violation: CONSP/PROVIDE MATERIAL SUPPORT RESULTING IN DEATH

Proceeding: Prelim/Arraignment   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at: STIP PTD   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
*Brady Ordered*
**WAIVER** of Preliminary Executed
Prel/Arr RESET

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
*Preliminary/Arraignment:*   *4/4/22*   *10:00*   *Miami Duty*
Status Conference RE:
D.A.R. 10:06:14   Time in Court: 6